IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CESAR CONTRERAS-OROSCO, #55679-177, § § §<br>      PLAINTIFF, § §<br>V. §<br>§<br>USA, ET AL., §<br>      DEFENDANTS. § § | CIVIL CASE NO. 3:24-CV-994-M-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 22nd day of October, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE