IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CESAR CONTRERAS-OROSCO, §<br>#55679-177, §<br> §<br>Plaintiff, §<br> §    No. 3:24-cv-0994-K (BK)<br>v. §<br> §<br> §<br>UNITED STATES OF AMERICA, §<br> §<br>Defendant §| |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Because the administrative forfeiture notice requirements were sufficient in this case, Contreras' claims of procedural and due process violations related to the forfeiture of $40,609.00 in U.S. currency is DISMISSED WITH PREJUDICE. Further, because the Court lacks jurisdiction to consider any of Contreras' other arguments and claims seeking to set aside the forfeiture and return the $40,609.00 in U.S. currency, Defendant United States of America's Motion to Dismiss for Lack of Jurisdiction, Doc.

29, is GRANTED, and Contreras' remaining claims are DISMISSED WITHOUT PREJUDICE

    **SO ORDERED.**

    Signed February 11th, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE